IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) LIVEA ALICEA-RIOS<br>Defendant | CRIMINAL 06-178CCC |

# O R D E R

Having considered the Report and Recommendation filed on June 22, 2007 **(docket entry 94)** on a Rule 11 proceeding of defendant Livea Alicea-Rios held before Magistrate Judge Camille Velez-Rive on June 20, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Livea Alicea-Rios is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 20, 2007. The **sentencing hearing is set for September 20, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 25, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge